# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 5:17-cv-2036** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE LIOI** |
| | ) | |
| v. | ) | |
| | ) | |
| **COUGARZ SPORTS BAR, et al.,** | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOW COME Plaintiff Spencer Neal and Defendants Cougarz Sports Bar, Teresa Westfall, and The Estate of Denby Westfall, by and through their respective undersigned counsel, and hereby give Notice that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff has dismissed all claims against Defendants with prejudice, with each party bearing its own costs.

/s/ COLIN G. MEEKER
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal


/s/ DANIEL A. LEISTER
Daniel A. Leister (0089612)

Attorney for Defendants,
Cougarz Sports Bar
Teresa Westfall
The Estate of Denby Westfall

**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

January 30, 2019

1